[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 19, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15337
Non-Argument Calendar

_____

D. C. Docket No. 05-00337-CR-J-25-MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR LEE REEVES,
a.k.a. Boo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 19, 2008)**

Before MARCUS, PRYOR and HILL, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Oscar Lee Reeves in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reeves's convictions and sentences are **AFFIRMED**.